1518

error coram nobis denied. Present—Scudder, P.J., Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREAT GOD WHITE, Appellant. [893 NYS2d 799]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY VASQUEZ, Appellant. [893 NYS2d 799]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WILSON, Appellant. [893 NYS2d 799]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [893 NYS2d 799]—Motion for reargument and renewal denied. Present—Smith, J.P., Carni, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [900 NYS2d 234]—Motion for reargument denied. Present—Smith, J.P., Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES H. GILKESON, Appellant. [893 NYS2d 799]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [893 NYS2d 799]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR GRIMES, Appellant. [893 NYS2d 799]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON McKNIGHT, Appellant. [893 NYS2d 799]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Green, Pine and Gorski, JJ.

■ In the Matter of ST. ANN'S HOME FOR THE AGED et al., Respondents-Appellants, v RICHARD F. DAINES, M.D., Commissioner of Health, State of New York, Appellant-Respondent. [893